ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Andritz Hydro Corporation | ) | ASBCA Nos. 62012-ADR, 62380-ADR |
| | ) | 63091-ADR, 63446-ADR |
| | ) | 63447-ADR |
| | ) | |
| Under Contract No. W9127S-05-C-0013 | ) | |

APPEARANCES FOR THE APPELLANT:  Laurence Schor, Esq.
Thomas Lynch, Esq.
John J. McKenna III, Esq.
  Asmar, Schor & McKenna, PLLC
  Washington, DC
William E. Dorris, Esq.
  Kilpatrick Townsend & Stockton LLP
  Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:  Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
Allen S. Black, Esq.
Jacqueline Bouchard, Esq.
  Engineer Trial Attorneys
  Little Rock, AR

OPINION BY ADMINISTRATIVE JUDGE SWEET

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $11,712,283. This amount is inclusive of Contract Disputes Act interest until July 1,

2023. Interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 from July 1, 2023, until the date paid, if the Judgment is not paid by June 30, 2023.

Dated: March 2, 2023

James R. Sweet
Administrative Judge
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I concur

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 62012-ADR, 62380-ADR, 63091-ADR, 63446-ADR, 63447-ADR, Appeals of Andritz Hydro Corporation, rendered in conformance with the Board's Charter.

Dated: March 3, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals